

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | | |
|---|---|---|
| | § | |
| | § | |
| EX PARTE | | No. 08-13-00194-CR |
| | § | |
| | | Appeal from the |
| | § | |
| RODNEY RAMIREZ. | | 327th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 59793-327-3 (900D08595)) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF JANUARY, 2014.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.